

**IN THE
TENTH COURT OF APPEALS**

**No. 10-17-00056-CV**

**IN THE INTEREST OF C.E.T., A CHILD**

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 16-002950-CV-272**

## MEMORANDUM OPINION

Appellants attempt to appeal the associate judge's order determining custody of and child support for C.E.T., a child. By letter dated March 30, 2017, the Clerk of this Court notified appellants that this case was subject to dismissal because it appeared there was no final, appealable order and that the parties had a de novo review of the underlying associate judge's order scheduled in the District Court. *See* TEX. FAM. CODE ANN. §§ 201.016(b); 201.015 (West 2014). Appellants were warned that we would dismiss the appeal unless, within 14 days from the date of the letter, a response was filed showing grounds for continuing the appeal. Appellants were further warned that the failure to file a response as requested would result in the dismissal of the appeal without further

notification for failure to comply with an order or a notice from the Clerk. TEX. R. APP. P. 42.3(c). Fourteen days have passed, and appellants have not filed a response.

Accordingly, this appeal is dismissed. *Id.*


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 19, 2017
[CV06]

